542

438 A.2d 622

Commonwealth v. Bailey, Appellant.
Petition for Allowance of Appeal Denied Dec. 18, 1981.

Argued December 5, 1980. Marc Alan Krefetz, for appellant; Anne Lebowitz, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 622

Commonwealth v. Bond, Appellant.

Submitted February 3, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.